THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Jorge Rivera,
    Plaintiff

v.

Diocese of Venice in Florida, Inc., and St. Catherine Parish in Sebring, Inc.
    Defendant

Case No: 2:20-cv-14414-AMC

### NOTICE OF CHANGE OF ADDRESS

J. Kemp Brinson, counsel for Plaintiff, hereby gives notice of a change in address, firm name, email, fax, and telephone number, as follows:

> J. Kemp Brinson
> Fla. Bar No. 752541
> BLOODWORTH LAW, PLLC
> 801 N. Magnolia Ave. Suite 216
> Orlando, FL 32803
> 407-777-8541
> (No fax)
> KBrinson@LawyerFightsForYou.com
> EOMalley@LawyerFightsForYou.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2020, a true and correct copy of the foregoing was filed with the Clerk of the Court using the ECF system which will send electronic notification to all participants.

/s/ J. Kemp Brinson
J. Kemp Brinson
Fla. Bar No. 752541
BLOODWORTH LAW, PLLC

1

801 N. Magnolia Ave. Suite 216
Orlando, FL 32803
407-777-8541
KBrinson@LawyerFightsForYou.com
EOMalley@LawyerFightsForYou.com
Attorney for Plaintiff