UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 20-14414-CIV-CANNON

**JORGE RIVERA**,

    Plaintiff,

vs.

**DIOCESE OF VENICE IN FLORIDA, INC.
and ST. CATHERINE PARISH IN SEBRING, INC.**,

    Defendants.
_____/

## ORDER

    **THIS CAUSE** came before the Court upon Plaintiff Jorge Rivera's Motion for Leave to Proceed *in forma pauperis* [ECF No. 3]. The Court has carefully reviewed the Motion and the accompanying Application to Proceed without Costs [ECF No. 3-1]. Having reviewed the record, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion [ECF No. 3] is **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 17th day of December, 2020.

                                                               **AILEEN M. CANNON**
                                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record