UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 20-14414-CIV-CANNON

**JORGE RIVERA**,

    Plaintiff,

v.

**DIOCESE OF VENICE IN FLORIDA, INC. and
ST. CATHERINE PARISH IN SEBRING, INC.**

    Defendants.
_____/

## ORDER

**THIS MATTER** came before the Court at a Motions Hearing held on March 17, 2021. For the reasons stated in open court, and to better manage the orderly progress of this case, the Court hereby

**ORDERS AND ADJUDGES** as follows:

1. Plaintiff is granted one final opportunity to amend his Complaint.

2. The Court **DEFERS RULING** on Defendant's Motion to Dismiss [ECF No. 16] pending Plaintiff's submission of an amended complaint.

3. Plaintiff shall file his amended complaint on or before **April 5, 2021**. Defendant shall file any motion to dismiss the amended complaint within fourteen (14) days of the filing of the amended pleading. Fed. R. Civ. P. 15(a)(3). Any response in opposition must be served no later than fourteen (14) days after service of the motion, and any reply memorandum in support of the motion must be served within seven (7) days thereafter.

CASE NO. 20-14414-CIV-CANNON

       S.D. Fla. L.R. 7.1(c)(1). Further, any request for oral argument must be made in writing. S.D. Fla. L.R. 7.1(b)(2).

4. The deadline for the parties to file their Joint Scheduling Report is **TERMINATED** to be reset by separate order if necessary.

5. As previously ordered [ECF No. 26], all discovery is **STAYED** until further order of the Court.

**DONE AND ORDERED** in Fort Pierce, Florida this 17th day of March 2021.

                                                    **AILEEN M. CANNON**
                                                    **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record