UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 20-14414-CIV-CANNON

**JORGE RIVERA**,

    Plaintiff,

v.

**DIOCESE OF VENICE IN FLORIDA, INC.** and
**ST. CATHERINE PARISH IN SEBRING, INC.**,

    Defendants.
_____/

## **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint [ECF No. 31]. The Court granted that motion in a separate order [ECF No. 39]. In accordance with Rule 58 of the Federal Rules of Civil Procedure, the Court hereby

    **ORDERS and ADJUDGES** as follows:

1. Pursuant to the Court's prior Order dismissing Plaintiff's Amended Complaint [ECF No. 29] with prejudice, Judgment is entered in favor of Defendants Diocese of Venice in Florida, Inc. and St. Catherine Parish in Sebring, Inc. and against Plaintiff Jorge Rivera on Plaintiff's claims.

2. The Clerk of Court is directed to **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 12th day of December 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record